**In re Edward TOBINICK, Appellant.**

**No. 2015–1307.**

United States Court of Appeals, Federal Circuit.

Dec. 16, 2015.

Robert W. HAHL, Neifeld IP Law, PC, Alexandria, VA, argued for appellant. Also represented by Robert Mihail.

REYNA, TARANTO, and STOLL, Circuit Judges.

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.